**HEARING DATE AND TIME: September 28, 2023, 10:30 AM**
**OBJECTION DEADLINE: September 21, 2023**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:

ANWARUL ISLAM CHUNNU                 Case No.: 21-42090-ess
                                                        CHAPTER 11
                      Debtor(s)          (Subchapter V)
------------------------------------X

**NOTICE OF HEARING ON SEPTEMBER 28, 2023 AT 10:30 AM
TO CONSIDER APPLICATION FOR ENTRY OF AN ORDER OF DISCHARGE
PURSUANT TO 11 U.S.C. SECTION 1141(d)(5)(A)**

PLEASE TAKE NOTICE, that upon the application of Richard S. Feinsilver, attorney for the debtor and debtor-in-possession, seeking an Order of Discharge in this Chapter 11 case pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, a hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on September 28, 2023 at 10:30 AM (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the motion must be in writing and filed with the Bankruptcy Court by September 21, 2023 (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at <u>www.nyeb.uscourts.gov</u>. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514.

PLEASE TAKE FURTHER NOTICE that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing shall be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with ECourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have Internet access or otherwise unable to register with the eCourt Appearances, you may call or email Judge Stong's Courtroom Deputy for instructions at 347-394-1864 or ESS_hearings@nyeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the hearing on the motion may be adjourned without notice other than an announcement in open Court.

Dated: Carle Place, New York
September 1, 2023            s/Richard S. Feinsilver

                                      RICHARD S. FEINSILVER
                                      Attorney for Debtor
                                      One Old Country Road, Suite 347
                                      Carle Place, New York 11514
                                      (516) 873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:

ANWARUL ISLAM CHUNNU                    Case No.:21-42090-ess

                                                                                    CHAPTER 11
                                                                                    (Subchapter V)

                                      Debtor(s)    <u>AFFIRMATION OF SERVICE</u>
------------------------------------X

**MOTION FOR ENTRY OF CHAPTER 11 DISCHARGE DUE TO PLAN CONSUMMATION**

    Anwarul Islam Chunnu, the Debtor and Debtor-in-Possession (the "Debtor"), as and for his application for entry of an Order of Discharge in this Chapter 11 case pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code, submitted through counsel, respectfully represents as follows:

    1.   On August 16, 2021 (the "Petition Date"). The Debtor filed Chapter 11 petition under Title 11 of the United States Code, 11 U.S.C. 101 et seq. (the "Bankruptcy Code").

    2.   On January 26, 2023 the Debtor's Fourth Amended Plan of Reorganization (the "Plan") (ECF #66) was confirmed by Order of this Court (ECF# 76).

    3.   The terms of the Plan have been consummated in that (a) Class 2 creditors are being paid in accordance with the payment terms contained in the Debtor's Plan, and (b) Class 3 creditors have been paid the sums required under the terms of the Debtor's Plan.

WHEREFORE, the Debtor respectfully requests that this Court grant a discharge to the individual Debtor in this Chapter 11 case pursuant to Section 1141(d)(5)(A) of the Bankruptcy Code together with such other and further relief as may be just and proper.

Dated: Carle Place, New York           s/Richard S. Feinsilver
       September 1, 2023
                                                     RICHARD S. FEINSILVER

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:

ANWARUL ISLAM CHUNNU                Case No.:21-42090-ess

                                    CHAPTER 11
                                    (Subchapter V)

                    Debtor(s)       AFFIRMATION OF SERVICE
------------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 1st day of September, 2023, your affiant served a true copy of the annexed Notice of Motion and Supporting Affirmation upon:

Office of the United States Trustee-EDNY
Region 2- Brooklyn Division, Alexander Hamilton Custom House
One Bowling Green, Room 510, New York, NY 10004-1408
OSK VII LLC c/o Amerinat, 217 South Newton Avenue, Albert Lea, MN 56007
Vedder Price, PC, Attn Kevin Etzel Esq., 1633 Broadway, 31st Floor NY NY 10019
Nathaniel Wasserstein, Esq., 328 North Broadway, 2nd Floor, Upper Nyack NY 10960
Annexed list of creditors and other parties to whom service is required pursuant to BR 2002

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, VIA FIRST CLASS MAIL, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated: September 1, 2023
       Carle Place, New York         s/Richard S. Feinsilver

                                     _____
                                     RICHARD S. FEINSILVER

```
Label Matrix for local noticing              Cleo Green, Esq.                              NewRez LLC d/b/a Shellpoint Mortgage Servici
0207-1                                       900 Merchants Concourse, Suite 310            Robertson, Anschutz, Schneid, Crane & Pa
Case 1-21-42090-ess                          Westbury, NY 11590-5114                       6409 Congress Avenue, Suite 100
Eastern District of New York                                                               Boca Raton, FL 33487-2853
Brooklyn
Mon Mar 27 10:39:53 EDT 2023

Office of the United States Trustee          1                                             AMERINAT
Eastern District of NY (Brooklyn)            271-C Cadman Plaza East, Suite 1595           4800 LAKEWOOD DRIVE
Alexander Hamilton Custom House              Brooklyn, NY 11201-1800                       SUITE 4
One Bowling Green, Room 510                                                                WACO, TX 76710-2965
New York, NY 10004-1415

ASPIRE FCU                                   LVNV Funding, LLC                             NYC WATER BOARD
67 WALNUT STREET                             Resurgent Capital Services                    59-17 JUNCTION BOULEVARD
SUITE 401                                    PO Box 10587                                  13TH FLOOR
CLARK, NJ 07066-1696                         Greenville, SC 29603-0587                     ELMHURST, NY 11373-5188


NYC Water Board                              New York State Department of Taxation & Fina  NewRez LLC d/b/a Shellpoint Mortgage Servici
Andrew Rettig                                Bankruptcy Section                            900 Merchants Concourse, Suite 310
Assistant Counsel                            P O Box 5300                                  Westbury, NY 11590-5114
59-17 Junction Blvd, 13th Floor              Albany New York 12205-0300
Elmhurst, NY 11373-5188

NewRez LLC d/b/a Shellpoint Mortgage Servici OSK VIII LLC                                  OSK VIII, LLC
Robertson,Anschutz,Schneid,Crane,PLLC        3948 W 49 1/2 STREET                          c/o Mitchell D. Cohen, Esq.
6409 Congress Ave., Suite 100                BOX 24794                                     Vedder Price P.C.
Boca Raton, FL 33487-2853                    EDINA, MN 55424-0794                          1633 Broadway, 31st floor
                                                                                           New York, NY 10019-6764

OSK VIII, LLC                                SHELLPOINT MORTGAGE                           SUMAYA SATHI
c/o Vedder Price P.C.                        BOX 10826                                     32-12 72ND STREET
1633 Broadway, 31st Floor                    GREENVILLE, SC 29603-0826                     EAST ELMHURST, NY 11370-1724
New York, New York 10019-6764


Anwarul Islam Chunnu                         Nathaniel Wasserstein  Esq.                   Richard S Feinsilver
32-12 72nd Street                            Subchapter V Trustee                          One Old Country Road
East Elmhurst, NY 11370-1724                 Lindenwood Associates, LLC                    Suite 347
                                             328 North Broadway                            Carle Place, NY 11514-1851
                                             2nd Floor
                                             Upper Nyack, NY 10960-1521

Richard S Feinsilver
Richard S. Feinsilver, Esq.
One Old Country Road
Suite 347
Carle Place, NY 11514-1851
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)New York State Department of Taxation and    (u)OSK VIII, LLC                          End of Label Matrix
                                                                                          Mailable recipients    21
                                                                                          Bypassed recipients     2
                                                                                          Total                  23