**HEARING DATE AND TIME: September 28, 2023, 10:30 AM
OBJECTION DEADLINE: September 21, 2023**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X
IN RE:

ANWARUL ISLAM CHUNNU                          Case No.: 21-42090-ess
                                                        CHAPTER 11
                            Debtor(s)          (Subchapter V)
------------------------------------X

**NOTICE OF HEARING ON SEPTEMBER 28, 2023 AT 10:30 AM
TO CONSIDER APPLICATION FOR ENTRY OF A FINAL DECREE
AND ORDER OF SUBSTANTIAL CONSUMMATION**

PLEASE TAKE NOTICE, that upon the application of Richard S. Feinsilver, attorney for the debtor and debtor-in-possession, seeking entry of a Final Decree and Order of Substantial Consummation, a hearing will be held before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on September 28, 2023 at 10:30 AM (the "Motion").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the motion must be in writing and filed with the Bankruptcy Court by September 21, 2023 (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to Richard S. Feinsilver, Esq., One Old Country Road, Suite 347, Carle Place, New York 11514.

PLEASE TAKE FURTHER NOTICE that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing shall be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with ECourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have Internet access or otherwise unable to register with the eCourt Appearances, you may call or email Judge Stong's Courtroom Deputy for instructions at 347-394-1864 or ESS_hearings@nyeb.uscourts.gov.

PLEASE TAKE FURTHER NOTICE that the hearing on the motion may be adjourned without notice other than an announcement in open Court.

Dated: Carle Place, New York
      September 1, 2023     s/Richard S. Feinsilver
                                      RICHARD S. FEINSILVER
                                      Attorney for Debtor
                                      One Old Country Road, Suite 347
                                      Carle Place, New York 11514
                                      (516) 873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

In Re:                                    Chapter 11(Subchapter V)

ANWARUL ISLAM CHUNNU

                                           Case No.: 21-42090-ess

                      Debtor.        Judge Elizabeth S. Stong


------------------------------------X

**APPLICATION FOR FINAL DECREE AND
ORDER OF SUBSTANTIAL CONSUMMATION**

**TO THE HONORABLE ELIZABETH S. STONG, U.S. BANKRUPTCY JUDGE,**

       **COMES NOW**, the Debtor, ANWARUL ISLAM CHUNNU, Debtor and Debtor-in-Possession, by its attorney Richard S. Feinsilver, and applies to the Court for a Final Decree and an Order declaring the Debtor's Fourth Amended Plan of Reorganization (hereinafter "Plan") to have been substantially consummated.

       1. Administrative creditors have been paid 100% of their allowed Class 1 claims, or, in the case of creditors that have agreed to accept payment of their administrative claim over time, have been paid all sums that have come due under the Plan.

-1-

2. Secured Claims - The Debtor has three secured claims: Shellpoint/NewRez Mortgage, OSK VIII LLC and the NYC Water Board.

Shellpoint - All payments which have come due since the entry of the Order approving the mortgage modification between the Debtor and this creditor have been paid by the Debtor.

OSK VIII LLC - All payments which have come due since the entry of the Agreed Order setting down the terms of payment of the Debtor's secured obligation to this creditor have been paid by the Debtor.

NYC Water Board - All payments which have come due since the entry of the Order confirming the Debtor's Fourth Amended Plan of Reorganization have been paid by the Debtor.

3. Priority Tax Claims - There are no priority tax claims in this case.

4. General Unsecured Claims - The Debtor's sole general unsecured creditor, OSK VIII LLC, has agreed to accept the sum of $1,000.00. The debtor has remitted this sum to this creditor.

5. Equity Security Holders - No distribution has been, or will be made, to Class 5 creditors, as provided for in the Plan.

6. Based upon the foregoing, the Subchapter V Plan confirmed by this Court on January 26, 2023 has been substantially consummated as that term is defined and, as such, it is appropriate for a Final Decree and Order to issue in this case.

**WHEREFORE**, the Debtor requests the Court to enter a Final Decree and an Order declaring the Plan to have been substantially consummated.

Dated: Carle Place, New York
September 1, 2023

By: S/Richard S. Feinsilver
_____
Richard S. Feinsilver, Esq.
Attorney for Debtor and
Debtor-in-Possession
One Old Country Road
Suite 347
Carle Place, NY 11514
(516) 873-6330

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X

In Re:                                    Chapter 11(Subchapter V)

ANWARUL ISLAM CHUNNU

                                               Case No.: 21-42090-ess

                           Debtor.      Judge Elizabeth S. Stong


-------------------------------------X


**FINAL DECREE AND CERTIFICATE OF CONSUMMATION**


The Fourth Amended Plan of Reorganization (hereinafter "Plan") under Chapter 11 of the Bankruptcy Code having been filed by the Debtor and the Court having entered an Order Confirming the Plan on January 26, 2023 (ECF #76), and the time for appeal having elapsed; and it having been determined by the Court, based upon affidavits on file, and the whole record herein that:


1.    The transfer of other disposition of all or substantially all of the property dealt with by the Plan pursuant to the provisions of the Plan has occurred.


2.    The debtor has distributed to creditors affected by the Plan all dividends to date specified in the Plan.

**IT IS ORDERED**

1.   The Plan has been substantially consummated.

2.   The Estate is hereby closed.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X
IN RE:

ANWARUL ISLAM CHUNNU             Case No.:21-42090-ess

                                         CHAPTER 11
                                         (Subchapter V)

                 Debtor(s)      **AFFIRMATION OF SERVICE**
-----------------------------------X

The undersigned attorney, duly admitted to practice before this Court, affirms the following to be true under the penalties of perjury:

1. That he is the attorney for the debtor in the instant case.

2. That on the 1st day of September, 2023, your affiant served a true copy of the annexed Notice of Motion and Supporting Affirmation upon:

Office of the United States Trustee-EDNY
Region 2- Brooklyn Division, Alexander Hamilton Custom House
One Bowling Green, Room 510, New York, NY 10004-1408
OSK VII LLC c/o Amerinat, 217 South Newton Avenue, Albert Lea, MN 56007
Vedder Price, PC, Attn Kevin Etzel Esq., 1633 Broadway, 31st Floor NY NY 10019
Nathaniel Wasserstein, Esq., 328 North Broadway, 2nd Floor, Upper Nyack NY 10960
Annexed list of creditors and other parties to whom service is required pursuant to BR 2002

the address(es) designated by said attorney and party for that purpose by depositing a true copy of same to each attorney and party, VIA FIRST CLASS MAIL, enclosed in a post paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.


Dated: September 1, 2023
       Carle Place, New York         s/Richard S. Feinsilver

                                                 RICHARD S. FEINSILVER

```
Label Matrix for local noticing            Cleo Green, Esq.                           NewRez LLC d/b/a Shellpoint Mortgage Servici
0207-1                                     900 Merchants Concourse, Suite 310         Robertson, Anschutz, Schneid, Crane & Pa
Case 1-21-42090-ess                        Westbury, NY 11590-5114                    6409 Congress Avenue, Suite 100
Eastern District of New York                                                          Boca Raton, FL 33487-2853
Brooklyn
Mon Mar 27 10:39:53 EDT 2023

Office of the United States Trustee        1                                          AMERINAT
Eastern District of NY (Brooklyn)          271-C Cadman Plaza East, Suite 1595        4800 LAKEWOOD DRIVE
Alexander Hamilton Custom House            Brooklyn, NY 11201-1800                    SUITE 4
One Bowling Green, Room 510                                                           WACO, TX 76710-2965
New York, NY 10004-1415


ASPIRE FCU                                 LVNV Funding, LLC                          NYC WATER BOARD
67 WALNUT STREET                           Resurgent Capital Services                 59-17 JUNCTION BOULEVARD
SUITE 401                                  PO Box 10587                               13TH FLOOR
CLARK, NJ 07066-1696                       Greenville, SC 29603-0587                  ELMHURST, NY 11373-5188


NYC Water Board                            New York State Department of Taxation & Fina   NewRez LLC d/b/a Shellpoint Mortgage Servici
Andrew Rettig                              Bankruptcy Section                         900 Merchants Concourse, Suite 310
Assistant Counsel                          P O Box 5300                               Westbury, NY 11590-5114
59-17 Junction Blvd, 13th Floor            Albany New York 12205-0300
Elmhurst, NY 11373-5188


NewRez LLC d/b/a Shellpoint Mortgage Servici   OSK VIII LLC                           OSK VIII, LLC
Robertson,Anschutz,Schneid,Crane,PLLC      3948 W 49 1/2 STREET                       c/o Mitchell D. Cohen, Esq.
6409 Congress Ave., Suite 100              BOX 24794                                  Vedder Price P.C.
Boca Raton, FL 33487-2853                  EDINA, MN 55424-0794                       1633 Broadway, 31st floor
                                                                                      New York, NY 10019-6764


OSK VIII, LLC                              SHELLPOINT MORTGAGE                        SUMAYA SATHI
c/o Vedder Price P.C.                      BOX 10826                                  32-12 72ND STREET
1633 Broadway, 31st Floor                  GREENVILLE, SC 29603-0826                  EAST ELMHURST, NY 11370-1724
New York, New York 10019-6764


Anwarul Islam Chunnu                       Nathaniel Wasserstein Esq.                 Richard S Feinsilver
32-12 72nd Street                          Subchapter V Trustee                       One Old Country Road
East Elmhurst, NY 11370-1724               Lindenwood Associates, LLC                 Suite 347
                                           328 North Broadway                         Carle Place, NY 11514-1851
                                           2nd Floor
                                           Upper Nyack, NY 10960-1521


Richard S Feinsilver
Richard S. Feinsilver, Esq.
One Old Country Road
Suite 347
Carle Place, NY 11514-1851
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)New York State Department of Taxation and   (u)OSK VIII, LLC                      End of Label Matrix
                                                                                      Mailable recipients    21
                                                                                      Bypassed recipients     2
                                                                                      Total                  23
```