UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

In re:                                                         Chapter 11 (Subchapter V)

                                                          Case No. 21-42090-ess

ANWARUL ISLAM CHUNNU

                             Debtor.

------------------------------------X

### ORDER DIRECTING CLERK OF THE COURT TO ISSUE A CHAPTER 11 DISCHARGE TO THE DEBTOR IN THIS CHAPTER 11 CASE

**UPON** the motion of Richard S. Feinsilver, Esq., attorney for the Debtor seeking an Order, pursuant to 11 U.S.C. Section 1141(d)(5)(A), and notice having been provided to Reema Lateef, Esq., on behalf of the Office of the United States Trustee, Nathaniel Wasserstein, Esq., Subchapter V Trustee, the Debtor and all other creditors and parties in interest, and no party either appearing or filing papers in opposition thereto, and no adverse interest appearing therefore, and the relief sought being just and proper; it is

      **ORDERED**, that the Debtor has completed and paid all payments under its confirmed Chapter 11 plan as agreed, the estate has been fully administered, and the Clerk of the Court is directed to issue a discharge pursuant to 11 U.S.C. § 114l(d)(5)(A).



Dated: Brooklyn, New York
October 19, 2023

                                                           _____
                                                                Elizabeth S. Stong
                                                           United States Bankruptcy Judge