UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------X

In Re:                                                    Chapter 11 (Subchapter V)

ANWARUL ISLAM CHUNNU

                                                          Case No.: 21-42090-ess

                              Debtor.

------------------------------------X

## FINAL DECREE AND CERTIFICATE OF CONSUMMATION

The Fourth Amended Plan of Reorganization ("Plan") under Chapter 11 of the

Bankruptcy Code having been filed by the Debtor and the Court having entered an Order

Confirming the Plan on January 26, 2023, and the time for appeal having elapsed; and it having

been determined by the Court, based upon affidavits on file, and the whole record herein that:

1.      The transfer of other disposition of all or substantially all of the property dealt

        with by the Plan pursuant to the provisions of the Plan has occurred; and

2.      The Debtor has distributed to creditors affected by the Plan all dividends to date

        specified in the Plan; it is:

**ORDERED,** that the Plan has been substantially consummated; and it is further

**ORDERED**, that the Estate is hereby closed.

Dated: Brooklyn, New York
October 19, 2023



_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

-1-